CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 20 2011

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL STEPHON PARKER, | ) | CIVIL ACTION NO. 7:11CV00130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| FLOYD G. AYLOR, ET AL., | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motion for a preliminary injunction (ECF No. 22) is DENIED.

The clerk will send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 20th day of June, 2011.

_____
United States District Judge